[No. 13343-8-I.   Division One.   March 10, 1986.]

*In the Matter of the Marriage of* MYRON W. CROW, *Appellant, and* MARCIA ANN CROW, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79-3-01662-6, Daniel T. Kershner, J., entered May 10, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Swanson and Webster, JJ.

[No. 14873-7-I.   Division One.   March 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DARYLL LEE HENNINGS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00689-9, Liem E. Tuai, J., entered May 21, 1984. *Affirmed* by unpublished opinion per Holman, J. Pro Tem., concurred in by Swanson and Grosse, JJ.

[No. 15016-2-I.   Division One.   March 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ANTHONY LAUR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00730-0, Jerome M. Johnson, J., entered March 21, 1984. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Webster, JJ.